for petitioner. *Solicitor General McGrath* and *Assistant Attorney General Berge* for respondent.

No. 1233. E. L. ESSLEY MACHINERY CO. *v.* DELTA MANUFACTURING CO. June 10, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *John W. Michael* for petitioner. *William A. Strauch* and *J. Matthews Neale* for respondent.

No. 1247. BALTIMORE & OHIO CHICAGO TERMINAL RAILROAD CO. *v.* HOWARD. June 10, 1946. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied. *Edward W. Rawlins* for petitioner. *Joseph D. Ryan* for respondent.

No. 286. DENVER & RIO GRANDE WESTERN RAILROAD CO. *v.* RECONSTRUCTION FINANCE CORPORATION ET AL.; and

No. 291. THOMPSON, TRUSTEE, *v.* RECONSTRUCTION FINANCE CORPORATION ET AL. June 10, 1946. Petitions for writs of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *William V. Hodges* and *Frank C. Nicodemus, Jr.* for petitioner in No. 286. *H. H. Larimore* for petitioner in No. 291. *Acting Solicitor General Judson, John W. Davis, Edwin S. S. Sunderland, James L. Homire, Thomas O'G. FitzGibbon, Judson C. McLester, Jr., Henry W. Anderson, George D. Gibson, W. A. W. Stewart* and *Arthur A. Gammell* for respondents.

No. 1108. BROOKS, ADMINISTRATRIX, *v.* ST. LOUIS-SAN FRANCISCO RAILWAY CO. ET AL.;